AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>BRANDON MARK MAGNAN<br><br>*Defendant(s)* | Case No. 20-8001-DLB |

FILED BY SP D.C.
JAN 06 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __01/05/2020__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 912 | False Personation of Officer or Employee of the United States |

This criminal complaint is based on these facts:

PLEASE SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Samuel Ivanovich, Special Agent, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __01/06/2020__

*Judge's signature*

City and state: __West Palm Beach, Florida__    Hon. Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT
## Case No. 20-8001-DLB

Your affiant, Samuel Ivanovich, first being duly sworn, does hereby depose and state as follows:

1. I am a Special Agent of the United States Secret Service ("USSS"), and I have been so employed since March, 2017. I am presently assigned to the West Palm Beach Resident Office and have received extensive training in the investigation of counterfeit currency, identity theft, check fraud, bank fraud, and access device fraud, threating statements toward USSS protected persons, secure grounds or buildings among other things. I am an investigative or law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under the authority of Title 18, United States Code Section 3056.

2. The information in this affidavit is based on my personal knowledge and information obtained from other law enforcement personnel, and other individuals who have personal knowledge of the facts. The information set forth herein is provided solely for the purpose of establishing probable cause in support of a criminal complaint charging Brandon Mark MAGNAN (hereinafter "MAGNAN"), with False Personation of an Officer or Employee of the United States, in violation of Title 18, United States Code, Section 912. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include all of the details of the investigation of which your affiant is aware.

3. On January 5, 2020, a Protective Zone was established around Atlantic Aviation, which your affiant knows to be located at 3800 Southern Blvd,, West Palm Beach, Palm Beach County, Southern District of Florida, to secure the building and grounds in preparation for the

departure of President of the United States from West Palm Beach, Florida, to Washington, D.C. Road blocks and identification checkpoints manned by uniformed Palm Beach County Sheriff's Office (PBSO) Deputies in marked vehicles, U.S. Secret Service Special Agents, and Uniformed Division Officers control access to the grounds of Atlantic Aviation.

4. Your affiant is aware from his training and experience that in addition to Air Force One, the President of the United States is also transported on shorter trips by helicopter. The helicopter used for that purpose is designated Marine One, and is piloted and protected by members of the United States Marine Corps (USMC). This unit is designated HMX-1 and is composed of both USMC pilots, ground crew, and USMC military police security officers. Your affiant is further aware that USMC Military Police are officers and employees of both the Department of the Navy and the Department of the Defense. Your affiant is aware that on January 5, 2020, members of HMX-1 were present at the Palm Beach International Airport in proximity to Atlantic Aviation.

5. At approximately 3:00 p.m., defendant MAGNAN, driving a maroon Honda Pilot, accompanied by a male in the passenger seat, subsequently identified as "SR," made contact with PBSO deputies manning the exterior road block and check point located in the vicinity of Southern Blvd., and Kirk Road, West Palm Beach, Palm Beach County, Southern District of Florida. According to deputies, MAGNAN orally identified himself as HMX-1 security and presented a credential case that purported to certify and identify MAGNAN as a "LAW ENFORCEMENT OFFICER" of the USMC, and bearing both the seals of the United States Marine Corps and the United States Marine Corps Executive Flight Detachment. Based on these representations, deputies permitted MAGNAN to proceed towards Atlantic Aviation.

6. Shortly thereafter, MAGNAN and SR approached a second checkpoint directly in front of Atlantic Aviation and stated he worked in HMX-1, and presented the aforementioned credential case identifying himself as a "LAW ENFORCEMENT OFFICER" of the USMC. Based on those representations, MAGNAN was permitted to proceed onto the grounds of Atlantic Aviation.

7. Shortly after arriving on the grounds of Atlantic Aviation, MAGNAN was approached by another PBSO deputy who requested to see MAGNAN's credentials. Noting that MAGNAN was not attired in USMC uniform, as is common practice during active presidential travel, the PBSO Deputy contacted actual members of the HMX-1 unit who immediately identified MAGNAN's credentials as counterfeit, based on numerous factors. The PBSO Deputy further noted that pinned to the exterior of the credential case presented to the deputy by MAGNAN was a gold-colored Military Police badge bearing the Seal of the United States Department of the Navy, United States Marine Corps.

8. When confronted with this information by law enforcement, MAGNAN then claimed to be "retired" HMX-1 personnel. However, an NCIC query conducted by the United States Secret Service determined MAGNAN was actually dishonorably discharged in approximately 2010, following his conviction at Court Martial for serious offenses.

9. MAGNAN was interviewed and advised of his *Miranda* warnings, which he stated he understood and signed a written waiver. Thereafter, in a recorded interview MAGNAN admitted to having been dishonorably discharged and not being a current member of the United States Marine Corps.

10. Wherefore, in view of the foregoing facts, your affiant respectfully submits that

probable cause exists to charge Brandon Mark MAGNAN, with the offense of False Personation of an Officer or Employee of the United States, and acting as such, in violation of Title 18, United States Code, Section 912.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
SAMUEL IVANOVICH
SPECIAL AGENT
U.S. SECRET SERVICE

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 6th DAY OF JANUARY, 2020,
IN PALM BEACH COUNTY, SOUTHERN DISTRICT
OF FLORIDA.

_____
HON. DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name:  __BRANDON MARK MAGNAN__

Case No.:  __20-8001-DLB__

**Counts # 1**

False Personation of an Officer or Employee of the United States
Title 18, United States Code, Section 912

**Max. Penalty**: 0-3 years' imprisonment; maximum fine of $250,000; 0-1 year term of supervised release; and, a $100.00 special assessment.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 20-8001-DLB

### BOND RECOMMENDATION

DEFENDANT: Brandon Mark MAGNAN

PRETRIAL DETENTION is recommended

~~(Personal Surety) (Corporate Surety) (Cash)~~ (Pre-Trial Detention)

By: _____
AUSA: JOHN C. McMILLAN

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): SA SAMUEL IVANOVICH
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
U.S. SECRET SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-8001-DLB

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRANDON MARK MAGNAN,

Defendant.
_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Miami Office of the United States Attorney's Office prior to July 20, 2008?

    Yes        X **No**

2.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office (West Palm Beach Office) only prior to December 18, 2011?

    Yes        X **No**

3.  Did this matter originate from a matter pending in the Fort Pierce Office of the United States Attorney's Office prior to August 8, 2014?

    Yes        X **No**

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:   (561) 820-8711
John.mcmillan@usdoj.gov