UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80009-CR-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

BRANDON MARK MAGNAN,

    Defendant.
_____/

## SECOND JOINT STATUS REPORT

Defendant, Brandon Magnan, by and through his undersigned counsel, submits the following status report after consultation with Assistant United States Attorney John McMillan pursuant to this Court's paperless order of April 17, 2020 (DE 17):

1. As previously noted (DE 19) Defendant does not wish to waive his physical presence at any court proceedings.

2. Defendant still needs to review the discovery with his counsel and discuss all aspects of the case before deciding whether to plead guilty. So, presently, undersigned counsel cannot not definitively state that the case will be resolved by a plea.

3.      There are no other matters of which the Court should be aware at this time.

                                        Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

***s/ Peter Birch***
Peter Birch
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 304281
450 South Australian Ave., Suite 500
West Palm Beach, FL 33401
TEL:  (561) 833-6288
Peter_Birch@FD.org


WILFREDO A. FERRER
UNITED STATES ATTORNEY

***s/John C. McMillan***
John C. McMillan
Assistant United States Attorney
500 S. Australian Avenue
Suite 400
West Palm Beach, FL 33401
Tel: (561) 820-8711
Email: John.McMillan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Peter Birch*
Peter Birch